UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2013 JUN 14  P 1:02

| | |
|---|---|
| Darrell L. Goss, | ) C/A No.: 2:13-950-RMG |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Order |
| South Carolina Department of Corrections; | ) |
| South Carolina Department of Health | ) |
| and Environmental Control; | ) |
| South Carolina Department of Agriculture; | ) |
| Assistant Division Director for Food Service; | |
| SCDC's Food Service Branch Chief; | |
| SCDC Director; SCDC Food Service Inspectors; | |
| Warden; Associate Warden; Health Care Authority, | |
| | |
| Defendant(s). | |

This matter is before the court because of the Plaintiff's failure to comply with the Court's order of May 9, 2013.

A review of the record indicates that the Magistrate Judge ordered the Plaintiff to provide the Court with documents needed to render his case into proper form within twenty-one days, plus three days for mail time, and to keep the Clerk of Court advised **in writing (Post Office Box 835, Charleston, South Carolina 29402)** if his address changed for any reason, so as to assure that orders or other matters that specify deadlines to be met would be received by the Plaintiff. Furthermore, the Plaintiff was notified that failure to comply with this order would result in dismissal, without prejudice, of the Plaintiff's case. The Plaintiff has failed to provide the Court with the necessary documents, and his time to do so has expired.

Accordingly, it is **ORDERED** that the above-captioned case be dismissed *without prejudice*,

pursuant to FRCP 41. *

_____
Richard M. Gergel
United States District Judge

June _13_, 2013
Charleston, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

* *See* General Order, *In Re: Procedures in Civil Actions Filed by Prisoner Pro Se Litigants*, 3:07-mc-5014-JFA (D.S.C. Sept. 18, 2007)(dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g)).If the plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office.